ORDERED.

Dated: April 12, 2018

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

```
            UNITED STATES BANKRUPTCY COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
              CASE NO. 8:17-bk-06298-MGW
```

IN RE:
    Geraldine M. Scott                    Chapter 13

    Debtor(s).
_____/

ORDER GRANTING DEBTORS' MOTION TO DETERMINE SECURED
STATUS OF WHISPER WOOD TOWNHOMES CONDOMINIUM ASSOCIATION, INC.

THIS CAUSE came on for hearing on April 9, 2018 upon the Debtors' Motion to Determine Secured Status of Whisper Wood Townhomes Condominium Association, Inc. And To Strip Lien(doc. #19) and upon Second Amended Supplemental Response To Debtor's Motion To Determine Secured Status of Whisper Wood Townhomes Association, Inc. And To Strip Lien (doc. #39). For the reasons stated in open court which shall constitute the decision of this Court, the Court hereby finds that:

    1.    The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on July 20, 2017.

2. The balance on Debtor's first mortgage to Sun Trust Mortgage, Inc. on July 20, 2017 was 46,707.84.

3. The value of the residence of Debtor located at 5822 16th Lane South, #7, St. Petersburg, Fl 33712 and legally described as Condominium Parcel: Unit No. 7, Building 13, together with an undivided share in common elements appurtenant thereto, WHISPER WOOD TOWNHOMES, a Condominium according to the Declaration of Condominium in Official record book 4962, Page 1581, and all amendments thereto, and as per plat thereof recorded in Condominium Book 39, Page 1 through 7, inclusive, of the Public Records of Pinellas County, Florida.

Parcel ID: 12-32-16-97006-013-0070
on July 20, 2017 was $60,000.00.

3. The lien/claim (claim no. 1-1) of Whisper Wood Townhomes Condominium Association, Inc. on 7/20/17 as filed was for $73,826.93.

4. Whisper Wood Townhomes Condominium Association, Inc. is secured in the amount of $13,292.16.

it is hereby

ORDERED, ADJUDGED AND DECREED

1. That the motion be, and the same is, hereby granted.

2. That the collateral be, and the same is, hereby valued at $60,000.00.

3. That Whisper Wood Townhomes Condominium Association, Inc. shall have an allowed secured claim in the amount of $13,292.16 at 5.25% interest with the balance of its claim being

treated as an unsecured claim.

Debtor's counsel, John E. Kassos, Esq. Shall serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of the entry of this Order.